1  JULIA F. DAY [CSB#088211]
   BENJAMIN A. EMMERT [CSB#212157]
2  ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.
   152 No. Third Street, Suite 700
3  San Jose, California 95112
   Telephone Number    :    408/286-0880
4  Facsimile Number    :    408/286-0337

5  DAVID ISRAEL, ESQ. [La. Bar No. 7174]
   SESSIONS, FISHMAN & NATHAN, L.L.P.
6  201 St. Charles Avenue, Suite 3500
   New Orleans, LA 70170-3500
7  Telephone Number    :    504/582-1500
   Facsimile Number    :    504/582-1555
8

9  Attorneys for Defendant
   NCO FINANCIAL SYSTEMS, INC.
10

11
12                      UNITED STATES DISTRICT COURT
13                 NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION
14

| | |
|---|---|
| 15  KIZZA CHADIHA, | Case Number: C 05-02982 CW |
| 16            Plaintiff, | |
| 17  v. | ORDER GRANTING STIPULATION TO DISMISS FEDERAL CLAIMS AND FOR REMAND OF ACTION TO STATE COURT |
| 18  NCO FINANCIAL SYSTEMS, INC., a Pennsylvania Corporation, and DOES 1 through 50, inclusive, | |
| 19 | |
| 20            Defendants. | |

21      COMES NOW the plaintiff, Kizza Chadiha (hereinafter referred to the "Plaintiff"), and
22  defendant, NCO Financial Systems, Inc., (hereinafter referred to as "NCO").  (The Plaintiff and
23  NCO are hereinafter collectively referred to as the "Parties") and by and through their respective
24  counsel of record stipulate and agree to the following:
25      1.   The Parties stipulate and agree to this Court dismissing the Plaintiff's causes of
26           action based on Federal Law, including the Plaintiff's cause of action for violation
27           of the Federal Fair Debt Collection Practices act;
28

-1-

2. The Parties stipulate and agree to this Court remanding the remaining state law causes of action to the California State Court, in and for the County of San Francisco;

3. The Parties stipulate and agree that the Plaintiff shall be permitted to file a First Amended Complaint once the action is remanded to state court;

4. The Parties stipulate and agree that the amount in controversy and any recovery in this action, including attorney's fees and costs, is limited to a total of $75,000.

Dated: _____  
ANDREW DIMITRIOU, ESQ.  
NANCY N. LAWLOR, ESQ.  
Attorney for the Plaintiff,  
Kizza Chadiha

Dated:_____  
ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.

JULIA F. DAY, ESQ.  
BENJAMIN A. EMMERT, ESQ.  
DAVID ISRAEL, ESQ.  
Attorney for Defendants  
NCO Financial Systems, Inc.

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

 1/3/06                              /s/ CLAUDIA WILKEN  
Dated:_____  _____  
Honorable Claudia Wilken  
Judge of the United States District Court

-2-

Stipulation to Dismiss Federal Claims  
and for Remand of Action to State Court